James M. DUGGAN, Appellant, v. UNITED STATES of America.

No. 9016.

Circuit Court of Appeals, Eighth Circuit.

Sept. 26, 1930.

For opinion below, see 36 F.(2d) 804.

L. B. Schwartz, of St. Paul, Minn., and S. P. Halpern, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on joint motion and stipulation of parties.

New York, Ontario & Western Railway Company and Axel Petersen, Libelants-Appellants, v. THE S. S. EL ORIENTE and Southern Pacific Company, Claimant-Appellee, and THE Steam Tug BEAR, Her Engines, etc., Cornell Steamboat Company, Claimant-Appellee.

No. 93.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Alexander, Ash & Jones, of New York City (Edward Ash and Max Taylor, both of New York City, of counsel), for appellants.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree [39 F.(2d) 930] affirmed.

FIELD & START, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 51.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

Henry T. Dorrance, of Utica, N. Y. (J. G. Korner, Jr., of Washington, D. C., of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and A. H. Conner, Sp. Assts. to U. S. Atty., both of Washington, D. C. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and De Witt M. Evans, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

Edwin N. FISCHER, Appellant, v. Nat MARTIN, as Trustee, etc.

No. 8912.

Circuit Court of Appeals, Eighth Circuit.

Sept. 29, 1930.

Frank S. Quinn, of Texarkana, Ark., for appellant.

William V. Tompkins, Duncan L. McRae, and Charles H. Tompkins, all of Prescott, Ark., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant on motion of appellee and request of appellant.